# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK K. THOMPSON, | NO. CV 06-1282 PA (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| J. TIM OCHOA, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: February 7, 2011

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE